4

Richard E. KAPLAN, Plaintiff,
Appellee,

v.

FIRST HARTFORD CORPORATION
and Neil Ellis, Defendants,
Appellants.

No. 10–2477.

United States Court of Appeals,
First Circuit.

Aug. 17, 2011.

Lee H. Kozol, with whom Friedman & Atherton LLP, Peter W. Culley, Pierce Atwood LLP, Joseph H. Groff, III and Jensen Baird Gardner & Henry, were on brief for appellants.

Ben Robbins, with whom Martin J. Newhouse and New England Legal Foundation, as amicus curiae in support of appellant First Hartford Corporation.

Thomas C. Newman, with whom Richard L. O'Meara, Nicole L. Bradick and Murray, Plumb & Murray, was on brief for appellee.

Before TORRUELLA, THOMPSON, Circuit Judges, and SARIS,* District Judge.

PER CURIAM.

This case is affirmed on substantially the same grounds as stated in the opinions of the district court. *See Kaplan v. First Hartford Corp.,* 716 F.Supp.2d 11 (D.Me. 2010); *Kaplan v. First Hartford Corp.,* 484 F.Supp.2d 131 (D.Me.2007). The appeal is *dismissed.* Costs allowed to appellees.

*It is so ordered.*

---

* Of the District of Massachusetts, sitting by designation.